# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 03 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America<br>vs.<br>Reney Bouasangouane | Case No. 1:11CR0357-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Reney Bouasangouane__, have discussed with __Lydia J. Serrano__, Pretrial Services Officer, modifications of my release conditions as follows:

Removing condition number 7(s) which pertains to Location Monitoring and curfew.

All other previously ordered conditions of release not in conflict with this change remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  04-02-2012     _____  4-2-12
Signature of Defendant       Date         Pretrial Services Officer   Date
Reney Bouasangouane                       Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                   4/2/12
Signature of Assistant United States Attorney    Date
Karen Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   4-3-2012
Signature of Defense Counsel              Date
Carol Moses

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   4/3/12
☐ The above modification of conditions of release is *not* ordered.

_____                   4/3/12
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services