| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>Assistant United States Attorney |
| 3 | 2500 Tulare St., Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4575 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENEY BOUSANGOUANE,<br><br>Defendant. | CASE NO. 1:11-CR-00357-AWI-BAM<br><br>STIPULATION REGARDING SETTING FOR CHANGE OF PLEA AND VACATING TRIAL DATE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial confirmation on September 16 and trial on October 8, 2013. The parties have reached a plea agreement and would request converting the trial confirmation hearing to a change of plea hearing on September 16 at 10 a.m..

2. The parties stipulate to vacating the trial date of October 8.

////

////

////

1

IT IS SO STIPULATED.

DATED: August 21, 2013.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: August 21, 2013.

/s/ Carol Moses
CAROL MOSES
Counsel for Defendant Reney Bousangouane

**O R D E R**

IT IS SO ORDERED.

Dated: August 26, 2013

_____
SENIOR DISTRICT JUDGE