1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 513-8530
4

5  Attorney for Defendant,
   RENEY BOUSANGOUANE
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 1:11-CR-00357-AWI-BAM
                                )
12                              )
                                )   STIPULATION FOR CONTINUANCE
13                              )   OF CHANGE OF PLEA HEARING;
              Plaintiff,        )   ORDER
14                              )
   vs.                          )
15                              )
                                )
16 RENEY BOUSANGOUANE,          )   Date:  September 30, 2013
                                )   Time:  10:00 AM
17                              )   Judge: Hon. Anthony W. Ishii
              Defendant.        )
18 ─────────────────────────────)

19     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

20 respective attorneys of record herein, that the Change of Plea Hearing in the above captioned

21 matter set for September 16, 2013, **be continued to September 30, 2013 at 10:00 A.M.**

22     Defense counsel was out of the country for a week and requests additional time to meet

23 with her client to review the plea agreement.

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION RE: CONTINUANCE
AND [PROPOSED] ORDER                    1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B).

Dated: September 11, 2013          /s/ Carol Ann Moses
                                   CAROL ANN MOSES
                                   Attorney for Defendant
                                   RENEY BOUSANGOUANE

                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated: September 11, 2013          /s/ Karen A Escobar
                                   KAREN A. ESCOBAR
                                   Assistant United States Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(A)(B).

IT IS SO ORDERED.

Dated: September 11, 2013
                                   _____
                                   SENIOR DISTRICT JUDGE