| | |
|---|---|
| 1 | **CAROL ANN MOSES** |
| 2 | Attorney at Law |
|   | 575 East Alluvial, Ste. 105 |
| 3 | Fresno, California  93720 |
|   | Telephone:  (559) 449-9069 |
| 4 | Facsimile:    (559) 513-8530 |
| 5 | Attorney for Defendant, |
|   | RENEY BOUSANGOUANE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:11-cr-00357-AWI-BAM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CHANGE OF PLEA TO OCTOBER 28, 2013;** |
| RENEY BOUSANGOUANE, | **ORDER THEREON** |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the partied hereto, and through their respective attorneys of record herein, that the Change of Plea Hearing in the above captioned matter set for October 21, 2013, **be continued to October 28, 2013, at 10:00 A.M.**  Defense counsel requests additional time due to an unavoidable scheduling conflict.

///
///
///
///
///
///
///
///

STIPULATION TO CONTINUE
CHANGE OF PLEA TO
OCTOBER 28, 2013                                                                                                                                1

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated: October 2, 2013          /s/ Carol Ann Moses
                                CAROL ANN MOSES
                                Attorney for Defendant,
                                RENEY BOUSANGOUANE

                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: October 2, 2013          /s/ Karen A. Escobar
                                KAREN A. ESCOBAR
                                Assistant United States Attorney

## ORDER

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

IT IS SO ORDERED.

Dated:   October 3, 2013          _____
                                  SENIOR DISTRICT JUDGE

STIPULATION TO CONTINUE
CHANGE OF PLEA TO
OCTOBER 28, 2013                                          2